UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GORDANA SEKULOVSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:11-cv-117-JTM |
| | ) |
| RES-CARE HEALTH SERVICES | ) |
| OF INDIANA, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Gordana Sekulovski, and Defendant, Res-Care Health Services of Indiana, Inc., by counsel, hereby stipulate that all matters in controversy between them in the above-entitled cause of action, including all claims contained in the Complaint, have been fully compromised and settled and that the Plaintiff has received from the Defendant the sums heretofore agreed upon in full settlement of all claims.

It is further stipulated that each party shall bear its own court costs.

It is therefore stipulated and agreed that the above-entitled cause should be dismissed with prejudice.

| | |
|---|---|
| KIGHTLINGER & GRAY, LLP | CHRISTOPHER C. MYERS & ASSOCIATES |
| | |
| By */s/Marcia A. Mahony* | By */s/ Christopher C. Myers, Esq.* |
| Marcia A. Mahony | Christopher C. Myers, Esq. |
| Attorney for Defendant | Attorney for Plaintiff |
| 151 North Delaware Street, Suite 600, | 809 South Calhoun Street, Suite 400 |
| Indianapolis, IN 46204 | Fort Wayne, IN 46802 |

110605 / 1443667-1